IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRAD GROWE,** | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 08-554-CG-M |
| | : |
| **WEYERHAEUSER COMPANY, INC.,** | : |
| | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all pertinent pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion to Remand (Docs. 9-10) is granted and that this action is hereby **REMANDED** to the Mobile County Circuit Court for all further proceedings.

**DONE and ORDERED** this 2nd day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE